IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NNEKA OKOYE** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 23-CV-1295 |
| | : | |
| **THE CITY OF PHILADELPHIA** | : | |
| *Defendant* | : | |

**O R D E R**

**AND NOW**, this 12th day of April, 2023, upon consideration of Plaintiff Nneka Okoye's *Motion to Proceed In Forma Pauperis*, (ECF No. 1), and *pro se* Complaint, (ECF No. 2) it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED**, **with prejudice**, for the reasons set forth in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*